[Nos. 16201–2–I; 16227–6–I.  Division One.  October 19, 1987.]

UNITED HOME LOANS, INC., *Respondent,* v. MARLA GORDON, *Individually and as Executrix,* ET AL, *Appellants.*

OLYMPIC PROPERTIES, LTD., ET AL, *Appellants,* v. EUGENE DEKKER, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 84–2–15223–1, Arthur E. Piehler, J., entered March 8, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Coleman, JJ.

[No. 16990–4–I.  Division One.  October 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK VANGRIMBERGEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01989–6, Gerard M. Shellan, J., entered August 15, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17717–6–I.  Division One.  October 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN COUSINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00923–8, Rosselle Pekelis, J., entered December 27, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman and Grosse, JJ.